STATE of MISSOURI, Respondent,

v.

Freddie J. JOHNSON, Appellant.

Freddie J. JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48222, WD 50101.

Missouri Court of Appeals, Western District.

Oct. 31, 1995.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from jury convictions, sentences therefrom and denial of Rule 29.15 motion for post conviction relief.

Affirmed. Rules 84.16(b) and 30.25(b).